**Order entered October 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00577-CV

## JOSE G. GARCIA, Appellant

## V.

## FABRICIO & MICHELE SOLORIO, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10644**

## ORDER

The Court has before it appellees' October 1, 2013 unopposed second motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief within five days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.


/s/      ELIZABETH LANG-MIERS
         JUSTICE